1  Mark A. Chavez (SBN 90858)
   Nance F. Becker (SBN 99292)
2  CHAVEZ & GERTLER LLP
   42 Miller Avenue
3  Mill Valley, CA 94941
   P: 415.381.5599
4  mark@chavezgertler.com
   nance@chavezgertler.com
5  *Additional Counsel Listed on Signature Page*

6  Attorneys for Plaintiffs

7  Rocky C. Tsai (SBN 221452)
   ROPES & GRAY LLP
8  Three Embarcadero Center, Suite 300
   San Francisco, CA 94111-4006
9  P: 415.315.6358
   rocky.tsai@ropesgray.com
10

11 Attorneys for Defendant

12                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
13                       SAN FRANCISCO DIVISION

14

| | |
|---|---|
| QUENTIN REAVES, DANIELLE BOGAN, and ROBERT MAYO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>       v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company.<br><br>                Defendants. | CASE NO.: 11-cv-02254-EMC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR LITIGATION STAY PENDING RESOLUTION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON TRANSFER**   ; ORDER RESETTING CMC |

JOINT STIPULATION & [PROPOSED] ORDER FOR LITIGATION STAY
*Reaves v. Sony*; Case No.:11-cv-02254-EMC

1    WHEREAS, on May 6, 2011, Plaintiffs, Quentin Reaves, Danielle Bogan and Robert Mayo
2  ("Plaintiffs") filed a class action complaint against Sony Computer Entertainment America LLC
3  and Sony Network Entertainment International LLC ("Defendants") (collectively, the "Parties");
4    WHEREAS, Defendants, as well as certain related entities (collectively, the "Sony
5  Defendants"), have been named as defendants in at least 61 related class action lawsuits, including
6  this action, pending in district courts throughout the United States;
7    WHEREAS, a motion pursuant to 28 U.S.C. §1407 is currently pending before the Judicial
8  Panel on Multidistrict Litigation (the "Panel") to centralize this action and the other referenced
9  matters.  A hearing on the motion for centralization in *In Re: Sony Gaming Networks and*
10 *Customer Data Security Breach Litigation* (MDL No. 2258) is scheduled before the Panel on July
11 28, 2011, in San Francisco, California;
12   WHEREAS, a ruling is expected from the Panel within a short period of time after the
13 hearing, such that any stay of proceedings in this case is expected to be limited in duration.  The
14 parties will promptly advise the Court regarding the Panel's resolution of the motion to centralize
15 the related matters;
16   WHEREAS, based on the Court's May 6, 2011 Order Settling Initial Case Management
17 Conference and ADR Deadlines, (Docket No. 3), there are several imminent deadlines in this case,
18 including July 27, 2011 to meet and confer pursuant to Rule 26(f) and to file an ADR Certification;
19 August 10, 2011 to file a Rule 26(f) Report; and August 17, 2011 for an Initial Case Management
20 Conference;
21   WHEREAS, on July 19, 2011, counsel for Plaintiffs and Defendants' counsel met and
22 conferred by email, and agreed to a litigation stay, subject to approval of the Court.
23   IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,
24 subject to approval of the Court, that all proceedings in this case are stayed pending the Judicial

1

JOINT STIPULATION & [PROPOSED] ORDER FOR LITIGATION STAY
*Reaves v. Sony*; Case No.:11-cv-02254-EMC

1  Panel on Multidistrict Litigation's ruling upon the motion to centralize the related matters and, if
2  centralized, such further scheduling as may be set by the Court before which the related matters are
3  centralized.  A stay of this action will not prejudice any of the parties and will conserve judicial
4  time and resources by avoiding duplicative litigation if the cases are ultimately centralized by the
5  Panel.

6  DATED: July 25, 2011                    Respectfully submitted,
7                                          By the Plaintiffs,
                                            CHAVEZ & GERTLER LLP
8
9                                           /s/ Mark A. Chavez
                                            Mark A. Chavez (SBN 90858)
10                                          42 Miller Avenue
                                            Mill Valley, CA 94941
11                                          P: 415.381.5599
                                            mark@chavezgertler.com
12
13                                          Respectfully submitted,
                                            By the Defendants,
14
15                                          /s/ Rocky C. Tsai
                                            Rocky C. Tsai (SBN 221452)
16                                          Ropes & Gray LLP
                                            Three Embarcadero Center, Suite 300
17                                          San Francisco, CA 94111-4006
                                            P: 415.315.6358
18                                          F: 415.315.6350
                                            rocky.tsai@ropesgray.com
19

20  <u>Additional Counsel for Plaintiffs</u>

21
    RODDY KLEIN & RYAN
22  Gary Klein (to be admitted *Pro Hac Vice*)              EAGAN, DONOHUE, VAN DYKE &
    Shennan Kavanagh (to be admitted *Pro Hac*              FALSEY, LLP
23  *Vice*)                                                  Peter Van Dyke (to be admitted *Pro Hac*
    727 Atlantic Avenue, 2nd Floor                           *Vice*)
24  Boston, MA 02111                                         24 Arapahoe Road
    P: 617.357.5500                                          West Hartford, CT 06107
25  F: 617.357.5030                                          P: 860.232.7200
    klein@roddykleinryan.com                                 F: 860.232.0214
26  kavanagh@roddykleinryan.com                              pvd@eddf-law.com
27
28
                                                2

# [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Stipulation for Litigation Stay Pending the Resolution of the Judicial Panel on Multidistrict Litigation's decision on transfer. Good cause appearing, the Court hereby enters the Parties' Stipulation. All proceedings in this case are accordingly stayed pending the Judicial Panel on Multidistrict Litigation's decision on transfer. The parties shall promptly advise the Court regarding the Panel's resolution of the motion to centralize the related matters . The CMC set for 8/17/11 is reset for 1/27/12 at 9:00 a.m. A joint CMC statement shall be filed by 1/20/12.

**IT IS SO ORDERED.**

Dated: ___ 7/28 _____, 2011



_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

## SIGNATURE ATTESTATION

I, Mark Chavez, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR LITIGATION STAY PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON TRANSFER.  In compliance with General Order 45, X.B., I hereby attest that Rocky C. Tsai has concurred in this filing.

*/s/ Mark A. Chavez*
Mark A. Chavez

## CERTIFICATE OF SERVICE

I, Mark Chavez, hereby certify that on July 25, 2011, the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent to all registered users through the ECF system.

*/s/ Mark A. Chavez*
Mark A. Chavez